No. 90–7323. EASTLAND *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 90–7325. YORK *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 90–7327. WEBSTER *v.* CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied. 1333.

No. 90–7331. BELL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–7337. LE BLANC *v.* UNIVERSITY OF MICHIGAN, AKA BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN. Cir. Ct., County of Wayne, Mich. Certiorari denied.

No. 90–7339. RIPMEESTER *v.* NORRIS. C. A. 4th Cir. Certiorari denied.

No. 90–7340. NICHOLS *v.* ILLINOIS DEPARTMENT OF PUBLIC HEALTH ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7343. PEARSON *v.* RUSSELL, SUPERINTENDENT, LIMA CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 90–7345. VINTSON *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7350. THOMPSON *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7356. GARIBAY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GARIBAY, DECEASED *v.* ESTATE OF MITCHELL, DECEASED, ET AL. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 90–7360. COUCH *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–7362. OLDS *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–7367. HUTCHISON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.